**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MARY WANLEY**                                                                                    **PLAINTIFF**

**v.**                                                **Case No. 3:20-cv-00064-KGB**

**MARK COUNTS, Sheriff,**                                                                **DEFENDANTS**
**Sharp County, and MARK JOHNSON**

**ORDER**

Before the Court is plaintiff Mary Wanley's motion to dismiss without prejudice filed in response to the Court's August 24, 2021, Order (Dkt. No. 18).  Ms. Wanley, after being made aware of the practical effect of a voluntary dismissal, has filed a new motion to dismiss without prejudice (*Id*.).  For good cause shown, the Court grants the motion and dismisses without prejudice Ms. Wanley's complaint (Dkt. Nos. 1, 18).  The Court denies as moot the pending motion for summary judgment of defendants' Mark Counts and Mark Johnson and the motion to dismiss without prejudice or to extend time of Ms. Wanley (Dkt. Nos. 10, 13).

So ordered this the 30th day of August, 2021.

_____
Kristine G. Baker
United States District Judge