IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARY WANLEY**                                                                                       **PLAINTIFF**

v.                                  Case No. 3:20-cv-00064-KGB

**MARK COUNTS, Sheriff,**                                                                    **DEFENDANTS**
**Sharp County, and MARK JOHNSON**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Mary Wanley's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

So adjudged this the 30th day of August, 2021.

_____
Kristine G. Baker
United States District Judge